MICHAEL J. McCUE (Nevada Bar #6055)
MMcCue@LRLAW.com
JONATHAN W. FOUNTAIN (Nevada Bar #10351)
JFountain@LRLAW.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiffs
FSP, INC. AND MARK VALENTI

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FSP, INC., a Nevada corporation; MARK VALENTI, an individual,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>MJM FANTASY SPORTS LLC, a Washington limited liability company; and MARC A. MALONE, an individual,<br><br>Defendants/Counterclaimants, and Third Party Plaintiffs,<br><br>v.<br><br>UPROAR, INC., Third Party Defendant. | Case No. 2:11-cv-00747-RLH-RJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES ON MOTION TO COMPEL** |

Plaintiffs FSP, Inc. and Mark Valenti, along with Third Party Defendant Uproar, Inc., (together "Plaintiffs") on the one hand, and Defendants and Third Party Plaintiffs MJM Fantasy Sports LLC and Marc A. Malone (together "Defendants"), on the other hand, by and through their counsel of record, hereby agree and stipulate to extend the remaining briefing deadlines on Plaintiffs' And Third Party Defendants' Motion To Compel And For Attorneys' Fees (Docket No. 28), as follows:

1. Plaintiffs filed their motion on March 16, 2012. In the ordinary course, Defendants would be required to file and serve an opposition brief on or before April 2, 2012, and Plaintiffs would be required to file and serve their reply memorandum on or before April 12, 2012. *See* D.

1  Nev. L.R. 7-2.

2      2.    However, since Plaintiffs filed their motion, the parties have agreed to schedule a
3  settlement conference before United States Magistrate Judge Johnston to occur on April 12, 2012
4  at 1:30 p.m.

5      3.    If a settlement is not reached, the parties hereby agree and stipulate that
6  Defendants' opposition brief shall be due on or before April 26, 2012, and Plaintiffs' reply brief
7  shall be due on or before May 10, 2012.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS AND ROCA LLP | HUTCHISON & STEFFEN |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada  89169<br><br>Attorneys for Plaintiffs/Third Party Defendant<br>FSP, INC., MARK VALENTI AND<br>UPROAR, INC. | By: /s/ Joseph Ganley<br>Joseph Ganley<br>Z. Kathryn Branson<br>10080 West Alta Drive<br>Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Fax: (702) 385-2086<br><br>RICCI GRUBE BRENEMAN, PLLC<br><br>By: /s/ Joseph A. Grube<br><br>Joseph A. Grube<br>1200 Fifth Avenue<br>Suite 625<br>Seattle, WA 98101<br>Tel: (206) 624-5975<br>Fax: (206) 260-7109<br><br>Attorneys for Defendants/ Third Party Plaintiff<br>MJM FANTASY SPORTS LLC AND<br>MARC A. MALONE |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: March 26, 2012