Michael J. McCue
MMcCue@LRLaw.com
Nevada Bar No. 6055
Jonathan W. Fountain
JFountain@LRLaw.com
Nevada Bar No. 10351
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702)-949-8363

Attorneys for Plaintiffs/Counterdefendants
and Third Party Defendant FSP, INC.,
MARK VALENTI ANDUPROAR, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FSP, INC., a Nevada corporation; MARK VALENTI, an individual,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>MJM FANTASY SPORTS LLC, a Washington limited liability company; and MARC A. MALONE, an individual,<br><br>Defendants/Counterclaimants;<br><br>MJM FANTASY SPORTS LLC, a Washington limited liability company,<br><br>Third-party Plaintiff,<br><br>v.<br><br>UPROAR, INC., a Nevada corporation d/b/a UPROAR ADVERTISING,<br><br>Third-party Defendant. | Case No. 2:11-cv-00747-MMD-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES AWARDED TO ANY PARTY** |

Plaintiffs and Counterdefendants FSP, INC. and MARK VALENTI, along with Third Party Defendant UPROAR, INC., on the one hand (the "Valenti Parties"), and Defendant and

2887698.1

Counterclaimant MARC MALONE, along with Defendant, Counterclaimant, and Third Party Plaintiff MJM FANTASY SPORTS LLC, on the other hand (the "Malone Parties"), having entered into a confidential settlement agreement, hereby agree and stipulate to dismiss all claims, counterclaims, and third-party claims in this action with prejudice and without costs or attorneys' fees awarded to any party.

**IT IS SO AGREED AND STIPULATED**.

Dated: this 1st day of June, 2012:

| | |
|---|---|
| LEWIS AND ROCA LLP | HUTCHISON & STEFFEN |
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada  89169<br><br>Attorneys for Plaintiffs/Counterdefendants and Third Party Defendant FSP, INC., MARK VALENTI ANDUPROAR, INC. | By: /s/ Joseph Ganley<br>Joseph Ganley<br>Z. Kathryn Branson<br>10080 West Alta Drive<br>Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Fax: (702) 385-2086<br><br>RICCI GRUBE BRENEMAN, PLLC<br><br>By: /s/ Joseph A. Grube<br><br>Joseph A. Grube<br>1200 Fifth Avenue<br>Suite 625<br>Seattle, WA 98101<br>Tel: (206) 624-5975<br>Fax: (206) 260-7109<br><br>Attorneys for Defendants/Counterclaimants and Third Party Plaintiff MARC A. MALONE and MJM FANTASY SPORTS LLC |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 4, 2012