Michael J. McCue
MMcCue@LRLaw.com
Nevada Bar No. 6055
Jonathan W. Fountain
JFountain@LRLaw.com
Nevada Bar No. 10351
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8200
Facsimile:   (702)-949-8363

Attorneys for Plaintiffs/Counterdefendants
and Third Party Defendant FSP, INC.,
MARK VALENTI ANDUPROAR, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FSP, INC., a Nevada corporation; MARK VALENTI, an individual,<br><br>          Plaintiffs/Counterdefendants,<br><br>     v.<br><br>MJM FANTASY SPORTS LLC, a Washington limited liability company; and MARC A. MALONE, an individual,<br><br>          Defendants/Counterclaimants;<br><br>MJM FANTASY SPORTS LLC, a Washington limited liability company,<br><br>          Third-party Plaintiff,<br><br>     v.<br><br>UPROAR, INC., a Nevada corporation d/b/a UPROAR ADVERTISING,<br><br>          Third-party Defendant. | Case No. 2:11-cv-00747-MMD-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES AWARDED TO ANY PARTY** |

Plaintiffs and Counterdefendants FSP, INC. and MARK VALENTI, along with Third Party Defendant UPROAR, INC., on the one hand (the "Valenti Parties"), and Defendant and

1  Counterclaimant MARC MALONE, along with Defendant, Counterclaimant, and Third Party
2  Plaintiff MJM FANTASY SPORTS LLC, on the other hand (the "Malone Parties"), having entered
3  into a confidential settlement agreement, hereby agree and stipulate to dismiss all claims,
4  counterclaims, and third-party claims in this action with prejudice and without costs or attorneys'
5  fees awarded to any party.

**IT IS SO AGREED AND STIPULATED**.

Dated: this 1st day of June, 2012:

| LEWIS AND ROCA LLP | HUTCHISON & STEFFEN |
|---|---|
| By:  /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada  89169<br><br>Attorneys for Plaintiffs/Counterdefendants<br>and Third Party Defendant FSP, INC.,<br>MARK VALENTI ANDUPROAR, INC. | By:  /s/ Joseph Ganley<br>Joseph Ganley<br>Z. Kathryn Branson<br>10080 West Alta Drive<br>Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Fax: (702) 385-2086<br><br>RICCI GRUBE BRENEMAN, PLLC<br><br>By:  /s/ Joseph A. Grube<br><br>Joseph A. Grube<br>1200 Fifth Avenue<br>Suite 625<br>Seattle, WA 98101<br>Tel: (206) 624-5975<br>Fax: (206) 260-7109<br><br>Attorneys for Defendants/Counterclaimants and Third Party Plaintiff MARC A. MALONE and MJM FANTASY SPORTS LLC |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 4, 2012

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

2887698.1